E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZANNE BESAG, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CUSTOM DECORATORS, INC., a California corporation; et al.

Defendant.

CASE NO. C08-5463 JSW

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael J. (Sam) Sandmire, whose business address and telephone number is

ATER WYNNE LLP
1331 NW Lovejoy, Suite 900
Portland, OR  97209  Telephone:  (503) 226-1191

and who is an active member in good standing of the bar of  Oregon / USDC District of OR having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Custom Decorators, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  DEC 1 7 2008

_____
United States District Judge